### BENSON v. STATE.

(Court of Criminal Appeals of Texas. April 26, 1911. Rehearing Denied. May 24, 1911.)

Appeal from Johnson County Court; J. B. Haynes, Judge.

John Benson was convicted of violating the local option law, and he appeals. Affirmed.

John Benson, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This conviction was for violating the local option law.

The record is before us without a statement of facts or bills of exception. So far as the transcript indicates, there are no reversible errors, and none presented that require or authorize a revision.

The judgment is affirmed.